Kristopher Paul Torgerson

26-cv-64-jdp

Average monthly balance: $0.30 (release acct) + $13.28 = $1 x 20% = $2.66

Average monthly deposits: $162.37 x 20% = $32.47